**SEALED FILED**

FEB 0 6 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

PHILLIP A. TALBERT
United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>     Plaintiff, <br><br>     v. <br><br> CHRISTOPHER LEE, <br><br>     Defendant. | CASE NO. 2:17-MJ-0025 KJN <br><br> [PROPOSED] ORDER TO FILE REDACTED COPY OF COMPLAINT |

The government's motion to unseal the above-referenced case, keep the complaint and the search warrant sealed, along with any accompanying documents, including the affidavits in support, and file an unsealed redacted copy of the sealed complaint is GRANTED.

Dated: February 6, 2017

_____
HON. KENDALL J. NEWMAN
United States Magistrate Judge

[PROPOSED] ORDER TO FILE REDACTED COPY OF
COMPLAINT