AO 442 (Rev. 11/11) (modified) Arrest Warrant

**UNSEALED**

10254794

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

RECEIVED
UNITED STATES MARSHAL
2017 FEB -6 AM 10: 31
EASTERN DISTRICT
OF CALIFORNIA

| United States of America | ) |
| v. | ) |
| Christopher Lee | ) Case No. 2:17-MJ-0025 KJN |
| DOB Sept. 6, 1952 | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

**FILED**
FEB 0 7 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Christopher Lee,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 2251 – Production of Child Pornography

Date: Feb 4, 2017

No bail pending hearing

City and state: Sacramento, California

*Issuing officer's signature*

Kendall J. Newman, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/6/17, and the person was arrested on *(date)* 02/06/17
at *(city and state)* Sacramento, CA.

Date: 2/6/17

*Arresting officer's signature*

Deppe, United States Magistrate Judge
*Printed name and title*