PHILLIP A. TALBERT
United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER LEE, <br><br> Defendant. | CASE NO. 2:17-CR-030 KJM <br><br> 18 U.S.C. § 2251(a) – Production of Child Pornography (3 counts); 18 U.S.C. § 2253(a) – Criminal Forfeiture |

FILED
FEB 16 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# INDICTMENT

COUNT ONE: [18 U.S.C. § 2251(a) – Production of Child Pornography]

The Grand Jury charges: T H A T

CHRISTOPHER LEE,

defendant herein, on or about November 13, 2015, in the County of Placer, State and Eastern District of California, did knowingly employ, use, persuade, induce, entice, and coerce a minor, to engage in, and had a minor assist another person to engage in, sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing at least one visual depiction of such conduct and for the purpose of transmitting at least one live visual depiction of such conduct, when the defendant knew and had reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign

INDICTMENT                                    1

1  commerce; and when such visual depiction was produced and transmitted using materials that had been
2  shipped and transported in and affecting interstate and foreign commerce by any means including by
3  computer; and when such visual depiction was actually transported and transmitted using a means and
4  facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, all in
5  violation of Title 18, United States Code, Section 2251(a).

COUNT TWO: [18 U.S.C. § 2251(a) – Production of Child Pornography]

The Grand Jury further charges: T H A T

CHRISTOPHER LEE,

defendant herein, on or about December 7, 2015, in the County of Placer, State and Eastern District of California, did knowingly employ, use, persuade, induce, entice, and coerce a minor, to engage in, and had a minor assist another person to engage in, sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing at least one visual depiction of such conduct and for the purpose of transmitting at least one live visual depiction of such conduct, when the defendant knew and had reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce; and when such visual depiction was produced and transmitted using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means including by computer; and when such visual depiction was actually transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 2251(a).

COUNT THREE: [18 U.S.C. § 2251(a) – Production of Child Pornography]

The Grand Jury further charges: T H A T

CHRISTOPHER LEE,

defendant herein, on or about December 21, 2015, in the County of Placer, State and Eastern District of California, did knowingly employ, use, persuade, induce, entice, and coerce a minor, to engage in, and had a minor assist another person to engage in, sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing at least one visual depiction of such conduct and for the purpose of transmitting at least one live visual depiction of such conduct, when the defendant

knew and had reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce; and when such visual depiction was produced and transmitted using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means including by computer; and when such visual depiction were actually transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 2251(a).

<u>FORFEITURE ALLEGATION</u>: [18 U.S.C. § 2253(a) – Criminal Forfeiture]

1.  Upon conviction of one or more of the offenses alleged in Counts One through Three of this Indictment, defendant CHRISTOPHER LEE shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), any and all matters which contain visual depictions produced, transported, mailed, shipped, or received in violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and any property, real or personal, used or intended to be used to commit and to promote the commission of such offenses or any property traceable to such property.

2.  If any property subject to forfeiture, as a result of the offenses alleged in Counts One through Three of this Indictment, for which defendant is convicted, cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

**/s/ Signature on file w/AUSA**
FOREPERSON

PHILLIP A. TALBERT
United States Attorney

INDICTMENT                               3

<u>United States v. Christopher Lee</u>
**Penalties for Indictment**

<u>Defendant</u>
**CHRISTOPHER LEE**

## COUNTS 1-3:

VIOLATION:   18 U.S.C. § 2251(a) – PRODUCTION OF CHILD PORNOGRAPHY

PENALTIES:   Mandatory minimum of 15 years in prison and a maximum of 30 years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

## FORFEITURE ALLEGATION:

VIOLATION:   18 U.S.C. § 2253(a) – Criminal Forfeiture

PENALTIES:   As stated in the charging document

No. _____

2:17 - CR - 030 KJM

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

vs.

CHRISTOPHER LEE

I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 2251(a) – Production of Child Pornography (3 counts); 18 U.S.C. § 2253(a) – Criminal Forfeiture.

*A true bill,*

**/s/ Signature on file w/AUSA**

_____
*Foreman.*

*Filed in open court this* 16th *day of* February *, A.D. 20* 17

_____
*Clerk.*

Bail, $ _____  **NO PROCESS NECESSARY**

GPO 863 525