HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorneys for Defendant
CHRISTOPHER LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER LEE,<br><br>Defendant. | Case No.  2:17-cr-00030-KJM<br><br>**ORDER SEALING EXHIBIT B IN SUPPORT OF SENTENCING MEMORANDUM** |

Pursuant to Local Rule 141, based on a request to seal, Exhibit B to Mr. Lee's sentencing memorandum shall be SEALED until further order of this Court.

IT IS SO ORDERED.

Dated:  April 26, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE